# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**KENNETH W. MOORE**                                                                 **PLAINTIFF**

**V.**                              **NO. 5:19-cv-00178-ERE**

**TRACY TAYLOR**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 16th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE